**Michele Armato and Providenza Armato, defendants in error, v. H. W. Elmore & Company, plaintiff in error. Gen. No. 35,274.**

Opinion filed November 9, 1931.

Beckman, Olson, Hough & Woods, for plaintiff in error; Charles F. Hough, of counsel. Palmer & Marino, for defendants in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Rose Beilin, individually and as executrix of the estate of Louis Beilin, deceased, defendant in error, v. Krenn & Dato, Inc., plaintiff in error. Gen. No. 35,188.**

Opinion filed November 9, 1931.

Robert J. Hilliard, for plaintiff in error. Harold A. Fein, for defendant in error; Bachrach & Abt and Leo L. Stone, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Mary Lerk, appellee, v. George W. McCabe et al., defendants, on appeal of Chicago Trust Company, receiver for the Lake View State Bank, appellant. Gen. No. 35,238.**

Opinion filed November 9, 1931.

Kirkland, Fleming, Green & Martin, for appellant; William Wilson, William H. Symmes and Keith Masters, of counsel. Joseph G. Sheldon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Jerome Krivit, a minor, by Sam Krivit, his father and next friend, appellee, v. Borden's Farm Products Company of Illinois, appellant. Gen. No. 35,247.**

Opinion filed November 9, 1931.

Rehearing denied November 23, 1931.

Paul J. Donovan and George F. Barry, for appellant. Irving G. Zazove, for appellee; S. E. Quindry, of counsel.

Mr. Justice McSurely delivered the opinion of the court.